**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL ACTION NO. 1:10cv412 (WOB)**

**DONTE ROYLES**                                                    **PETITIONER**

**VS.**                                   <u>**ORDER**</u>

**WARDEN, WARREN CORRECTIONAL
INSTITUTION**                                                      **RESPONDENT**


This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #13), and there being no <u>valid</u> objections filed thereto by petitioner (Doc. #15), and the court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the objections (Doc. #15) to the Report and Recommendation of the Magistrate Judge be, and they are, hereby **overruled**; that the Report and Recommendation of the Magistrate Judge (Doc. #13) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the respondent's motion to dismiss (Doc. #12) be, and it hereby is, **granted**; that the petition for writ of habeas corpus (Doc. #1) be, and it hereby is, **dismissed, with prejudice**, on the ground that it is time-barred, pursuant to 28 U.S.C. § 2244(d); that **<u>no</u>**

certificate of appealability shall issue herein; and that this matter be **dismissed** and **stricken** from the docket of this court. A separate Judgment shall enter concurrently herewith.

This 16th day of May, 2011.



Signed By:

_William O. Bertelsman_ WOB

United States District Judge